**2016–1711. State v. Sowers.**
Perry App. No. 16 CA 00002, 2016-Ohio-7500.
O'CONNOR, C.J., dissents.

**2016–1714. L.G. Harris Family Ltd. Partnership I v. 905 S. Main St. Englewood, L.L.C.**
Montgomery App. No. 26682, 2016-Ohio-7242.

**2016–1733. State v. Easley.**
Franklin App. Nos. 16AP–10 and 16AP–9, 2016-Ohio-7271.

**2016–1741. State v. Hardman.**
Hamilton App. No. C–150549.
FISCHER and DeWINE, JJ., not participating.

**2016–1749. In re Estate of Faldon.**
Erie App. No. E–15–071, 2016-Ohio-7337.
KENNEDY, J., dissents.

**2016–1756. State v. Miller.**
Butler App. No. CA2016–01–007, 2016-Ohio-7360.

**2016–1758. State v. Smith.**
Licking App. No. 16–CA–15, 2016-Ohio-7390.

**2016–1765. Phelps v. Saffian.**
Cuyahoga App. No. 103549, 2016-Ohio-5514.

**2016–1774. State v. Vaughn.**
Summit App. No. 27902, 2016-Ohio-7384.
FISCHER, J., dissents.

**2016–1786. State v. Moore.**
Cuyahoga App. No. 104082, 2016-Ohio-7226.

**2016–1890. State v. Williams.**
Lorain App. No. 16CA010900, 2016-Ohio-7345.
O'NEILL, J., dissents.

**2017–0137. State v. Xu.**
Delaware App. No. 15 CAA 11 0094, 2016-Ohio-8238.

**2017–0138. State v. Xu.**
Delaware App. No. 15 CAA 11 0091, 2016-Ohio-8237.

**2017–0165. Benchmark Bank v. Kimberly Office Park, L.L.C.**
Franklin App. No. 15AP–770, 2016-Ohio-8338.

**2017–0167. State v. Kozic.**
Mahoning App. No. 15 MA 0215, 2016-Ohio-8556.

**2017–0168. State v. Burrell.**
Fayette App. No. CA2016–04–005, 2016-Ohio-8454.

**2017–0181. State v. Boware.**
Summit App. No. 27975, 2016-Ohio-7024.
O'CONNOR, C.J., not participating.

**2017–0190. State v. Johnson.**
Delaware App. No. 16 CAA 08 0033, 2016-Ohio-7731.

**2017–0194. State v. Seal.**
Highland App. No. 16CA14, 2017-Ohio-116.

**2017–0195. State v. Cochran.**
Clark App. No. 2016–CA–33, 2017-Ohio-217.